| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CSBN 184339)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-6917 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-00173 ~~SI~~ **VRW** | |
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER AND STIPULATION EXCLUDING TIME FROM APRIL 14, 2006 TO MAY 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) | |
| v. | ) | | |
| APPLE GATE, | ) | | |
| Defendant. | ) | | |

The parties appeared before the Honorable Susan Illston on April 14, 2006. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from April 14, 2006 to May 1, 2006. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the recent production of discovery, the possibility that more discovery will be provided in the near future, and the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by

STIPULATION AND ORDER
06-00173 SI

excluding the period from April 14, 2006 to May 1, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

~~3~~. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 14, 2006 to May 1, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

~~4. The Court scheduled a new status date of May 1, 2006, at 10:00 a.m.~~

IT IS SO STIPULATED.

**The matter is set for Initial Appearance before Judge Vaughn R Walker on May 16, 2006 at 10:30 a.m. in courtroom 6.**

DATED: ___4/15/06_____                        ___/S/_____
                                                          TRACIE L. BROWN
                                                          Assistant United States Attorney

DATED: _____                              ___/S/_____
                                                          ELIZABETH FALK
                                                          Attorney for APPLE GATE

IT IS SO ORDERED.

DATED: April 24, 2006                                     _____
                                                          Vaughn R Walker
                                                          IT IS SO ORDERED
                                                          Judge Vaughn R Walker

STIPULATION AND ORDER
06-00173 SI                                    2