KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> APPLE GATE, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 06-0173 VRW <br> **STIPULATION AND [~~PROPOSED~~] ORDER LIMITING EVIDENCE AND ARGUMENT AS TO THE DEFENDANT'S INTENT OR ABILITY TO CARRY OUT THREATS** |

    In preparation for trial, plaintiff United States of America and defendant Apple Gate hereby stipulate as follows:

    The parties agree that the government is not required to prove that the Defendant actually intended to carry out the threat charged in the indictment or any earlier threat against Judge LuNell Anderson. *See, e.g., United States v. Stewart*, 420 F.3d 1007, 1019 n. 9 (9th Cir. 2005). The parties thus further agree that evidence as to whether the defendant actually intended to or had the ability to carry out the threat charged in the indictment or any earlier threat against Judge LuNell Anderson should be excluded as irrelevant and confusing to the jury. By so stipulating, the Defendant does not agree that earlier threats against Judge LuNell Anderson are admissible.

    SO STIPULATED:

STIPULATION AND [PROPOSED] ORDER
[CR 06-0173 VRW ]

1  DATED:                                    /S/
                                         ELIZABETH FALK
2                                        Assistant Federal Public Defender

3

4
   DATED:                                    /S/
5                                        TRACIE L. BROWN
                                         Assistant United States Attorney
6
                              [PROPOSED] ORDER
7
       PURSUANT TO STIPULATION, IT IS SO ORDERED.
8

9

10 DATED:   June 9, 2006

11                                       VAUGHN R. WALKER
                                         Chief Judge, United States District Court
12

*IT IS SO ORDERED* — Judge Vaughn R Walker (signature and seal of United States District Court, Northern District of California)

STIPULATION AND [PROPOSED] ORDER
[CR 06-0173 VRW ]                    2