1 | BARRY J. PORTMAN
Federal Public Defender
2 | ELIZABETH M. FALK
Assistant Federal Public Defender
3 | 19th Floor Federal Building
450 Golden Gate Avenue
4 | San Francisco, CA 94102
(415) 436-7700
5
Counsel for Defendant APPLE GATE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-173 VRW |
| ) Plaintiff, ) | **STIPULATE TO CONTINUE BRIEFING SCHEDULE ON MOTIONS *IN LIMINE*** |
| v. ) | |
| ) APPLE GATE, ) | Pretrial Date: August 11, 2006 Time: 10:30 a.m. Court: The Honorable Vaughn R. Walker |
| ) Defendant. ) _____ ) | |

The parties hereby stipulate and request as follows:

1. Trial in this matter is scheduled to commence on August 14th, 2006, with a pretrial conference date of August 11, 2006;

2. Due to defense counsel's engagement in international discovery on a different case, the parties hereby stipulate and respectfully request a day's continuance of the briefing schedule on motions *in limine*, which will enable defense counsel to complete the necessary motions *in limine* over the weekend when Rule 15 deposition proceedings are not in session;

3. The parties hereby stipulate and respectfully request this Court to re-calendar the trial schedule for the aforementioned case as follows;

06-0173; Stip. on Motions in Limine            1

| | | |
|---|---|---|
| 1 | **Motions in Limine Due**: | Monday, July 31, 2006 |
| 2 | **Responses Due:** | Monday, August 7, 2006 |

IT IS HEREBY STIPULATED.

Dated: July 27, 2006          _____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: July 27, 2006          _____/S/_____
TRACIE BROWN
ASSISTANT UNITED STATES ATTORNEY

I hereby attest that I have on file al holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## [~~PROPOSED~~] ORDER

For the reasons set forth in this stipulation, and good cause shown, the briefing schedule on the motions *in limine* in the aforementioned case shall be altered as set forth in this stipulation. The Pretrial Conference date of August 11, 2006, at 10:00 a.m. remains as previously scheduled.

**IT IS SO ORDERED**

DATED: \_\_\_\_\_August 2, 2006\_\_\_\_\_          _____
THE HONORABLE VAUGHN R. WALKER
CHIEF UNITED STATES DISTRICT JUDGE