IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v<br><br>APPLE GATE,<br><br>    Defendant.<br>_____/ | No   CR 06-173 - VRW<br><br>ORDER TO MODIFY BRIEFING SCHEDULE |

    Per the stipulation of the parties, the court modifies the briefing schedule as follows:  the reply briefs on the motions in limine, trial memoranda and witness lists shall be filed on or before Wednesday, August 9, 2006, at 5:00 pm.

    The pretrial conference date of August 11, 2006, at 10:00 am and the trial date of August 14, 2006 remain as previously scheduled.

    IT IS SO ORDERED.

                                                                  VAUGHN R WALKER

                                              United States District Chief Judge