# CRIMINAL SETTLEMENT MINUTES

**Chief Magistrate Judge James Larson**

Date: **August 4, 2006**

Case No.: **CR 06-0173 VRW**

Case Name:   **USA v. Apple Gate**

**Counsel Present:**     **Plaintiff**: Tracie Brown, AUSA

**Defendant:** Shawn Halbert, AFPD

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|  |  |
|---|---|
| \_\_\_\_\_ | Settled |
| \_\_\_\_\_ | Partial settlement |
| __X__ | Did not settle |
|  | Further settlement conference ordered: \_\_\_\_\_ |

**Time:**   2.5 hrs

**Comments:**

*(signature)*
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Cora Delfin