<u>**CRIMINAL SETTLEMENT MINUTES**</u>

**Chief Magistrate Judge James Larson**

**Date: August 7, 2006**

**Case No.: CR 06-0173 VRW**

**Case Name:   USA v. Apple Gate**

**Counsel Present:**      **Plaintiff**: Tracie Brown, AUSA

                          **Defendant:** Shawn Halbert, AFPD

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a further settlement conference was held in the above-referenced cases with the following outcome:

\_\_\_\_\_          Settled

\_\_\_\_\_          Partial settlement

\_\_\_X\_\_          Did not settle

                 Further settlement conference ordered:      _____

**Time:**     1.5 hrs

**Comments:**

_Venice E. Thomas_
_____
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Cora Delfin