# CRIMINAL SETTLEMENT MINUTES

**Chief Magistrate Judge James Larson**

Date: August 8, 2006

Case No.: CR 06-0173 VRW

Case Name:   USA v. Apple Gate

**Counsel Present:**     **Plaintiff**: Tracie Brown, AUSA

**Defendant:** Shawn Halbert, AFPD

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a further settlement conference was held in the above-referenced cases with the following outcome:

|   |   |
|---|---|
| __X__ | Settled |
| ____ | Partial settlement |
| ____ | Did not settle |
|   | Further settlement conference ordered: _____ |

**Time:**   1 hr

**Comments:**

_Venice E. Thomas_
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Cora Delfin