BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant APPLE GATE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE GATE,<br><br>　　　　Defendant. | No. CR-06-0173 JCS<br><br>**DEFENDANT'S MOTION FOR APPOINTMENT OF OPINION COUNSEL**<br><br>November 7, 2006 <sup>th</sup> at 9:30 a.m. |

　　　Defendant Apple Gate hereby moves this Court for the appointment of CJA counsel to offer Mr. Gate a second professional opinion on his case. This request is made in connection with a letter received from Mr. Gate by the Clerk of the Court on October 23, 2006. A copy of the letter is attached as Exhibit A.

　　　The CJA coordinator can make opinion counsel available on Tuesday, November 7, 2006 if this Court agrees that an appointment of opinion counsel is warranted. Sentencing in this matter is currently set for November 17, 2006 at 10:30 a.m. Appointment of opinion counsel on November 7, 2006 will allow sufficient time for opinion counsel to learn the case, consult with Mr. Gate, and advise Mr. Gate as to the best course of action prior to the November 7, 2006 sentencing date.

　　　Given the representations made in the letter, Mr. Gate respectfully submits, by and

through undersigned counsel, that consultations with the Federal Public Defender's Office, Mr. Gate's current counsel, will not adequately address the concerns expressed in Mr. Gate's letter. For this reason, counsel for Mr. Gate respectfully requests this Court to find that appointment of CJA counsel to render a second opinion to Mr. Gate is warranted.

> Respectfully submitted,
>
> BARRY J. PORTMAN
> Federal Public Defender
>
> /S/
>
> ELIZABETH M. FALK
> Assistant Federal Public Defender

[~~PROPOSED~~] ORDER

For the reasons stated herein, this Court hereby finds that appointment of CJA counsel for defendant Apple Gate is warranted for the purpose of providing additional legal advice to Mr. Gate about his guilty plea in the aforementioned case. As Mr. Gate is currently represented by the Federal Public Defender's Office and has demonstrated that he does not have sufficient funds to pay for a lawyer, appointment of a member of the Criminal Justice Act panel is hereby ORDERED. Mr. Gate is hereby ORDERED to appear before Magistrate Judge Chen on November 7, 2006 at 9:30 a.m. for appointment of opinion counsel. The Federal Public Defender's Office, Office of the CJA Panel Coordinator is hereby ORDERED to obtain representation for Mr. Gate, and to inform CJA counsel that he or she must appear on November 7, 2006 at 9:30 a.m. before Magistrate Judge Chen.

Dated:   11/01/06   _____

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE