1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant APPLE GATE
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR 06-173 JCS
11                                  )
              Plaintiff,            )   **MOTION TO CONTINUE SENTENCING**
12                                  )   **HEARING**; [~~PROPOSED~~] **ORDER**
        v.                          )
13                                  )   Date:  November 17, 2006
   APPLE GATE,                      )   Time:  10:30 a.m.
14                                  )   Court: The Honorable Joseph C. Spero
              Defendant.            )
15  _____)

16      The parties hereby stipulate and request as follows;

17      1.   This Court ordered that Mr. Gate be appointed opinion counsel in connection with

18           his plea agreement;

19      2.   On November 7, 2006, the Court appointed special counsel Brian Getz to offer a

20           second opinion to Mr. Gate;

21      3.   Through no fault of Mr. Gate, Mr. Getz was not able to meet with Mr. Gate in

22           person on November 7, 2006;

23      4.   It is undersigned defense counsel's understanding that Mr. Getz and Mr. Gate

24           have conferred over the telephone, and are arranging an in-person meeting at the

25           end of this month;

26      5.   As such, the parties jointly stipulate and respectfully request this Court to continue

1   Mr. Gate's sentencing to Friday, December 15, 2006, at 10:30 a.m.;

2   6.   Should undersigned defense counsel learn in advance of December 15th that

3   further proceedings before this Court are necessary, she will submit information to

4   this Court in a timely manner and request earlier action on the part of the Court.

5   .

6   Dated: November 13, 2006

7   _____/S/_____
    ELIZABETH M. FALK
    ASSISTANT FEDERAL PUBLIC DEFENDER

8

9   Dated: November 13, 2006

10  _____/S/_____
    TRACIE L. BROWN
    ASSISTANT UNITED STATES ATTORNEY

11

12  [~~PROPOSED~~] ORDER

13

14  For the reasons stated herein, the sentencing of the above-referenced case is hereby

15  CONTINUED to  Friday, Dec. 15, 2006    , at    10:30 AM        .

16

17  IT IS SO ORDERED

18

19  Dated: November 15, 2006

20  _____
    THE HONORABLE JOSEPH C. SPERO
    UNITED STATES MAGISTRATE JUDGE