BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant APPLE GATE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>APPLE GATE,  )<br>  )<br>    Defendant.  )<br>_____) | No. CR 06-173 JCS<br><br>**MOTION TO CONTINUE SENTENCING HEARING**; **[PROPOSED] ORDER**<br><br>Date: January 30, 2007<br>Time: 10:30 a.m.<br>Court: The Honorable Joseph C. Spero |

The parties hereby stipulate and request as follows;

1. This Court ordered that Mr. Gate be evaluated prior to sentencing on December 15, 2006;

2. On or about December 27th, 2006 defense counsel contacted the VA Veteran's Mental Health clinic and spoke with Mr. Gate's treating physician, who agreed to perform the necessary analysis and mail all required reports to defense counsel;

3. On or about January 8, 2007, Mr. Gate's treating physician called and advised defense counsel by telephone message that she could not, by VA policy, perform the analysis requested by the Court;

4. On or about January 12, 2007, defense counsel called back to ask what type of analysis Mr. Gate's treating physician could perform. Counsel and the treating

doctor left each other a sequence of messages by which the treating doctor agreed to provide a comprehensive treatment summary in lieu of the analysis requested by the Court;

5. To date, defense counsel has not received the comprehensive treatment summary. Defense counsel is also in the process of finding a different doctor in the Eureka, California area to perform the analysis requested by the Court;

6. Mr. Gate's treating psychiatrist is extremely hard to reach. The VA Clinic receptionist only answers the phone and takes messages for the doctor; Mr. Gate's counsel has never been successful at reaching the doctor directly. After counsel for Mr. Gate leaves a message, the treating doctor calls back and leaves a message. There has been a phone tag problem that makes communication difficult;

7. The problem reaching the doctor has been compounded by the fact that, as of January 15, 2007, counsel for Mr. Gate has been in trial in *United States v. Quan*, 04-323 WBS, between 8:30 and 4:30 each day (January 15, 2007 was an exception, but the VA Clinic was closed on this day due to the Martin Luther King day holiday.) During the week of January 22-26, counsel for Mr. Gate was in trial three days, and spent the other two largely at lengthy court appearances attending to her other cases. For example, on Tuesday, January 23, 2007, counsel for Mr. Gate was in Judge Larson's courtroom from 9:30-11:00 a.m.; in Judge Shubb's courtroom for pretrial matters from 1:30-4:30 p.m., and in Judge Alsup's courtroom for a supervised release hearing from 4:30-5:30 p.m. The amount of time defense counsel has spent in Court has made communications with the VA doctor impossible, given the fact that the doctor can never be reached live by telephone, and defense counsel could not be reached either, as she was in Court;

8. Today, January 29, 2007, the treating doctor is out of the office all day, and will

        not be back until tomorrow. As such, it is difficult for defense counsel to predict when the treating doctor can complete (or, at least, mail) the treating psychiatrist's report;

9. It is very difficult for Mr. Gate to make Court proceedings in San Francisco, as he lives in Eureka and has no ability to drive to San Francisco. The lengthy trip requires Mr. Gate to find accommodations in San Francisco overnight and is difficult for him to manage. A continuance of the sentencing is requested to try to locate and arrange for the analysis requested by this Court, as well as to obtain the treating doctor's treatment summary;

10. USPO Sara Black has been notified of the requested continuance, and has no objection continuing the sentencing in this matter;

11. The parties thus stipulate and jointly request a continuance date of February 26, 2007, at any time convenient to the Court;

Dated: January 29, 2007                                /S/
                                                                       ELIZABETH M. FALK
                                                                       ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: January 29, 2007                                /S/
                                                                       TRACIE L. BROWN
                                                                       ASSISTANT UNITED STATES ATTORNEY

I hereby attest that I have on file al holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

1                  [~~PROPOSED~~] ORDER

2       For the reasons stated herein, the sentencing of the above-referenced case is hereby

3 CONTINUED to __Feb. 27, 2007 (Special Setting)__, at __2:00 P.M.__.

4 IT IS SO ORDERED

5

6 Date: __Jan. 29, 2007__

7                           THE HONORABLE JOSEPH C. SPERO
                            UNITED STATES MAGISTRATE JUDGE