1   BARRY J. PORTMAN
    Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defenders
3   450 Golden Gate Avenue
    San Francisco, CA 94102
4   Telephone: (415) 436-7700

5   Counsel for Defendant APPLE GATE

6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,     )   No. CR-06-0173 JCS
                             )
14         Plaintiff,          )   **DEFENDANT'S MOTION FOR**
                             )   **COURT ORDER TO OBTAIN**
15     v.                 )   **MEDICAL REPORT**
                             )
16   APPLE GATE,            )   Date: March 30, 2007 [th]
                             )   Time: 9:30 a.m.
17         Defendant.      )   Court: The Honorable Joseph C.
    ————————————————————)   Spero

18

19

20        Defendant Apple Gate hereby moves this Court for a Court order directing Dr. Bradley

21   Strong to issue a medical report for defendant Apple Gate, pursuant to this Court's December

22   15, 2006 pre-sentence order. Counsel for Mr. Gate has recently learned that the V.A. Clinic

23   Mental Health unit will not release medical reports without a Court order.

24

25                     Respectfully submitted,

26                     BARRY J. PORTMAN
                        Federal Public Defender
27
                    /S/
28
                    ELIZABETH M. FALK
                    Assistant Federal Public Defender

**ORDER OF THE UNITED STATE MAGISTRATE JUDGE**

It is HEREBY ORDERED that:

Dr. Bradley Strong, M.D. (treating physician for defendant Apple Gate)
Eureka Veteran's Administration Clinic - Mental Health Unit
714 F. Street
Eureka, California 95501

    issue a medical report indicating (1) Mr. Gate's past treatment plan; (2) any and all medications Mr. Gate is currently taking; (3) future treatment plan or plans for Mr. Gate; (4) any and all diagnoses of Mr. Gate, (5) all assessments made of Mr. Gate with respect to dangerousness, including the doctor's opinion with respect to Mr. Gate's dangerousness or non-dangerousness, and (6) and any and all observations made by Dr. Strong in the course of treating Mr. Gate that would assist the Court understand Mr. Gate's medical conditions.

    The court understands that Dr. Strong is recently returning from leave on March 12, 2007, and needs an opportunity to meet with Mr. Gate contemporaneously prior to issuing the ordered report. Dr. Strong is hereby directed to return the report to this Court no later than March 23, 2007. The report should be faxed to the Office of the Federal Public Defender, Elizabeth M. Falk at 415-436-7706 on or before March 23, 2007. It should subsequently be mailed with an original signature to:

        Elizabeth M. Falk
        Office of the Federal Public Defender
        450 Golden Gate Avenue, 19th Floor
        San Francisco, California 94107.

    Defense counsel is hereby ORDERED to distribute the report to the United States Attorney's Office, the U.S. Probation Office, and this Court immediately upon receipt.

Dated:    March 5, 2007
_____



THE HON _____ SPERO
UNITED S _____ E JUDGE

*United States v. Gate,* 06-173 JCS
Motion and Proposed Order for Medical Report    2