United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA** )
)
vs. ) **Docket Number: CR 06-0173-01 JCS**
)
**Apple Gate** )
)

**ORDER DESIGNATING A PSYCHIATRIST**

ON MOTION OF THE COURT, pursuant to 18 U.S.C. § 3552(c), and good cause appearing, it is hereby ordered that Iris R. Winey, Acting Chief Probation Officer of this Court, select and designate a psychiatrist for the purpose of having this defendant examined to assist the Court in determination of sentence.

Date: 3/16/07

The Honorable Joseph C. Spero
United States Magistrate Judge

NDC-PSR-010 12/06/04